IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALICIA D. WILSON,

       Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendants.

Civ. No. 6:16-cv-1423-JR

ORDER

MCSHANE, Judge:

       Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although defendant did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 22) is adopted. The decision of the Commissioner is reversed and this action is remanded for an immediate award of benefits.

IT IS SO ORDERED.

       DATED this 1st day of December, 2017.

                                        /s/ Michael J. McShane
                                        Michael McShane
                                        United States District Judge